FILED

01/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0140

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0140

IN RE THE MATTER OF THE GUARDIANSHIP,

AND CONSERVATORSHIP OF:

I.Q.,

    A Protected Person.

## ORDER

    Upon consideration of Appellant's motion for extension of time, and good cause appearing,

    IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including March 4, 2024, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 26 2024